IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER MERWALD, | ) | |
| | ) | Case No. 1:25-cv-15165 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BOARD OF EDUCATION OF THORTON, | ) | |
| TOWNSHIP HIGH SCHOOL DISTRICT | ) | |
| 205, and, BRETT FICKES, individually, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |
| | ) | |

**COMPLAINT**

Plaintiff Jennifer Merwald, ("Plainitff"), by and through her legal counsel, Pietrucha Law Firm, LLC, brings this action against the above-named Defendants and alleges and states as follows:

**NATURE OF ACTION, JURISDICTION AND VENUE**

1. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq., and supplemental Illinois state law.

2. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1331 and § 1367.

3. Venue is proper in this District under 28 U.S.C. § 1391 because the events giving rise to these claims occurred in this District and Defendants reside and conduct business here.

**PARTIES**

4. Plaintiff Jennifer Merwald is an adult resident of Illinois and was employed by Defendant School District.

5. Defendant Board of Education of Thornton Township High School District 205 ("District") is a public school district organized under Illinois law and an employer within the meaning of Title VII and the ADA.

6. Defendant Brett Fickes was, at all relevant times, an administrator employed by the District and acted under color of his authority and position.

7. Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") alleging sex discrimination, disability discrimination, and retaliation.

8. The EEOC issued Plaintiff a Notice of Right to Sue dated September 15, 2025.

9. This action is timely filed within ninety (90) days of Plaintiff's receipt of the Right to Sue Notice.

## FACTS COMMON TO ALL COUNTS

10. During all relevant times, Plaintiff was employed by the District as an International Baccalaureate ("IB") Coordinator and teacher.

11. Defendant Fickes engaged in unwelcome, repeated, and harassing conduct toward Plaintiff based on sex, including excessive and inappropriate communications, abuse of authority, and threatening and intimidating behavior.

12. Plaintiff repeatedly asked Defendant Fickes to stop the conduct.

13. Defendant District knew or should have known of Defendant Fickes's conduct and failed to take prompt and effective remedial action.

14. Plaintiff has a disability within the meaning of the ADA and was entitled to reasonable accommodation and protection from discrimination.

15. After Plaintiff engaged in protected activity, including reporting harassment, Plaintiff was subjected to adverse employment actions and retaliation.

16. Defendant Fickes's conduct included intentional physical and non-consensual acts constituting assault under Illinois law.

17. As a direct and proximate result of Defendants' conduct, Plaintiff suffered emotional distress, loss of professional opportunities, and other damages.

## COUNTS

### COUNT I – Sexual Harassment (Title VII)

*(Against District)*

18. Plaintiff realleges paragraphs 1–17.

19. Plaintiff was subjected to unwelcome sexual harassment that was severe or pervasive enough to alter the terms and conditions of her employment.

20. The District is liable for the harassment under Title VII.

### COUNT II – Disability Discrimination & Failure to Accommodate (ADA)

*(Against District)*

21. Plaintiff realleges paragraphs 1–17.

22. Plaintiff is a qualified individual with a disability.

23. The District discriminated against Plaintiff and failed to provide reasonable accommodations in violation of the ADA.

### COUNT III – Retaliation (Title VII & ADA)

*(Against District)*

24. Plaintiff realleges paragraphs 1–17.

25. Plaintiff engaged in protected activity.

26. Plaintiff suffered materially adverse actions because of that protected activity.

### COUNT IV – Vicarious Liability / Respondeat Superior

*(Against District)*

27. Plaintiff realleges paragraphs 1–17.

28. Defendant Fickes acted within the scope of his employment and/or with apparent authority.

29. The District is vicariously liable for Defendant Fickes's unlawful conduct.

### COUNT V – Assault (Illinois Common Law)

*(Against Defendant Fickes)*

30. Plaintiff realleges paragraphs 1–17.

31. Defendant Fickes intentionally engaged in harmful or offensive conduct causing Plaintiff reasonable apprehension of imminent harm.

32. Plaintiff suffered damages as a result.

## DAMAGES

Plaintiff seeks all available relief, including back pay, front pay, compensatory damages, emotional harm, punitive damages where permitted, attorneys' fees, costs, and injunctive relief.

**JURY DEMAND**

Plaintiff demands a trial by jury on all claims properly triable by a jury.

Dated: December 14, 2025

Respectfully submitted:

PIETRUCHA LAW FIRM, LLC

*/s/ Cynthia N. Pietrucha*
Cynthia N. Pietrucha
Attorney for Plaintiff

Pietrucha Law Firm, LLC
1717 N. Naper Blvd., Suite 200
Naperville, Illinois 60563
cpietrucha@pietruchalaw.com
(630) 430-0616